**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ALEXANDER KAPLAN,

                    Plaintiff,                15 **CIVIL** 649 (PAC)

        -against-                     **JUDGMENT**

ANTHONY BUENDIA,

                    Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated May 14, 2021, the Court grants summary judgment in favor of

Buendia on the issue of Kaplan's entitlement to seek punitive damages in this action.


**Dated:** New York, New York
       May 19, 2021




                           **RUBY J. KRAJICK**
                       _____
                             Clerk of Court
        **BY:**
                             Deputy Clerk